IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3013 |
| vs. | |
| MARSHAL MARSHALL and NATHAN STILMOCK, | ORDER |
| Defendants. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. Upon review of the record in this case on August 6, 2018, the Court became aware of facts with respect to one of the defendants, Nathan Stilmock, that could implicate one of the circumstances described in § 455(a) or (b), requiring my recusal.

IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 6th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge