# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>NATHAN STILMOCK,<br><br>                Defendant. | **4:18CR3013**<br><br>**ORDER** |

At his oral request at the close of the change of plea hearing, Defendant's conditions of release are modified as follows:

1) Defendant shall appear at a sentencing hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:00 p.m. on May 29, 2019.

2) Defendant shall comply with all terms and conditions of his pretrial release with the following modifications and additional conditions:

    a. Defendant is permitted to reside with Pat and Tracy Thomas in Raymond, NE.

    b. Defendant shall spend time with his parents at least once per week, to include attending church services with them on Sunday.

    c. Defendant is permitted to travel to northern Texas from March 1-4, 2019, provided that on or before February 27, 2019, he notifies Pretrial Services of his transportation and lodging information, contact numbers, and any venue details for the trip.

    d.    Defendant is permitted to travel outside the District of Nebraska provided that Pretrial Services approves and that at least one week before the trip, Defendant notifies Pretrial Services of his transportation and lodging information, contact numbers, and any venue details for the trip.

February 25, 2019.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge