PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Nathan Stilmock

Crim. No. 4:18CR03013

On May 29, 2019 the above named individual was placed on probation/supervised release for a period of three years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Kate A. Eubanks*
*U.S. Probation Officer*

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 1st day of June, 20 20.

*Richard G. Kopf*
Richard G. Kopf
Senior U.S. District Judge